# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1100
_____

SUSAN MATTE,

Appellant,

v.

DAWN BARNES,

Appellee.

_____

On appeal from the County Court for Santa Rosa County.
Robert Hilliard, Judge.

September 25, 2024

PER CURIAM.

DISMISSED.

ROBERTS, RAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Susan Matte, pro se, Appellant.

Dawn Barnes, pro se, Appellee.